E-FILED
Wednesday, 22 March, 2006  02:58:21 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JOSHUA BROUGHTON, TIM FLEMMING, and STEPHEN TURNER, )<br>)<br>Plaintiffs/Claimants, )<br>)<br>v. )<br>)<br>BILLY JOE THOMAS, )<br>)<br>Defendant. ) | Case No. 06 - _____ |

### Rule 11.3 Certificate of Interest

The undersigned counsel of record for JOSHUA BROUGHTON, TIM FLEMMING and STEPHEN TURNER furnishes the following in compliance with Rule 11.3 of this Court.

1. JOSHUA BROUGHTON, TIM FLEMMING and STEPHEN TURNER

2. Not Corporations

3. The Janssen Law Center, 333 Main Street, Peoria, Illinois 61602.

March 22, 2006

s/ Ralph D. Davis

Ralph D. Davis
Jay H. Janssen
The Janssen Law Center
333 Main Street
Peoria, IL 61602
309-676-2341
rdavis@jjlaw.com
jay@jjlaw.com