E-FILED
Saturday, 01 April, 2006 03:07:27 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JOSHUA BROUGHTON, TIM FLEMMING, and STEPHEN TURNER, | ) ) ) |
| Plaintiffs, | ) Case No. 06-CV-1076 ) ) Judge Mihm |
| v. | ) ) |
| BILLY JOE THOMAS, | ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE FOR DEFENDANT BILLY JOE THOMAS**

I, Michael A. Snyder, hereby enter my appearance for the defendant Billy Joe Thomas.

s/ Michael A. Snyder

April 1, 2006

Michael A. Snyder
Snyder McGovern, LLC
343 S. Dearborn Street Ste. 2015
Chicago, Illinois 60604-4474
tel 312-447-0260
fax 312-447-0261
E-mail shiplaw@juno.com