E-FILED
Saturday, 01 April, 2006  03:10:10 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JOSHUA BROUGHTON, TIM FLEMMING, and STEPHEN TURNER, | ) ) ) |
| Plaintiffs, | ) Case No. 06-CV-1076 ) |
| | ) Judge Mihm |
| v. | ) ) |
| BILLY JOE THOMAS, | ) ) |
| Defendant. | ) |

### Rule 11.3 Certificate Of Interest

The undersigned counsel of record for Billy Joe Thomas furnishes the following in compliance with Rule 11.3 of this Court.

1. Billy Joe Thomas

2. Not a corporation

3. Snyder McGovern, LLC, 343 S. Dearborn Street, Ste. 2015, Chicago, Illinois 60604.

April 1, 2006

s/ Michael A. Snyder